**The People of the State of Illinois, defendant in error, v. Jake Beckerman and Isadore Beckerman, plaintiffs in error.**

Conviction of conspiracy to defraud by burning insured goods.

Error to the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed April 27, 1926.

Chas. A. Karsch, for plaintiffs in error. Jesse R. Brown, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.